BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
E-mail: Brian.Takahashi@bowmanandbrooke.com
Richard L. Stuhlbarg (SBN: 180631)
E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
Bryan A. Reynolds (SBN: 296434)
E-mail: Bryan.Reynolds@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.: 310/ 768-3068
Fax No.: 310/ 719-1019

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DENISE FARAHMAND,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:19-cv-02977 SVW-JC<br><br>District Judge.　Stephen V. Wilson<br>Magistrate Judge: Jacqueline Chooljian<br><br>**JUDGMENT AFTER TRIAL**<br><br>Action Filed:　March 14, 2019<br>Trial:　September 18, 2019 |

This action came on regularly for a bench trial on September 18, 2019, in the United States District Court, Central District of California, First Street Courthouse Courtroom 10A, the Honorable Stephen V. Wilson presiding. Plaintiff Denise Farahmand appeared by and through her attorneys of record Robert L. Starr and Theodore R. Tang of the Law Office of Robert Starr. Defendant Jaguar Land Rover North America, LLC appeared by and through its attorneys Richard L. Stuhlbarg and Bryan A. Reynolds of Bowman and Brooke, LLP.

After hearing the evidence and arguments of counsel, the Court took this matter under submission, issuing its Order Granting Judgment in Favor of

Defendants and Requiring Defendants to Submit Proposed Findings of Law and Fact to the Court on September 19, 2019.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in this action be entered as follows:

In accordance with this Court's September 19, 2019 Order and with the Findings of Law and Fact, judgment is entered in favor of Jaguar Land Rover North America, LLC and against Plaintiff Denise Farahmand who shall recover nothing from Jaguar Land Rover North America, LLC. Jaguar Land Rover North America, LLC shall recover costs from Plaintiff Denise Farahmand as determined by the Clerk of the Court.

DATED: October 3, 2019

Hon. Stephen V. Wilson
United States District Judge